NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1093

CORNELL D.M. JUDGE CORNISH,

Plaintiff-Appellant,

v.

JOHN J. DOLL, Under Secretary of Commerce for Intellectual Property
and Acting Director of the United States Patent and Trademark Office,
UNITED STATES PATENT AND TRADEMARK OFFICE,
HARRY I. MOATZ, Director of Office of Enrollment and Discipline,
and WILLIAM J. GRIFFIN, Attorney, Office of Enrollment and Discipline,

Defendants-Appellees.

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1719, Judge Richard W. Roberts.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

Cornell D.M. Judge Cornish submits a motion for an extension of time to file his brief. The court treats Cornish's submission as a motion for leave to replace his informal brief, filed December 5, 2008, with a formal brief. The Acting Director of the United States Patent and Trademark Office et al. (PTO) oppose. Cornish replies. The PTO submits a surreply. Cornish moves for judicial notice and oral argument.

The court determines that Cornish has not shown that the relief sought is warranted. Cornish may, if he wishes, renew his request for oral argument after the appeal has been assigned to a calendar.

Accordingly,

IT IS ORDERED THAT:

(1)     The motions are denied.

(2)     Cornish may, if he wishes, file a reply brief within 14 days of the date of filing of this order.

(3)     The revised official caption is reflected above.

FOR THE COURT

**APR 2 1 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Cornell D.M. Cornish
        Raymond T. Chen, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 1 2009

JAN HORBALY
CLERK

2009-1093                                          2